UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA ROCA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 15-cv-02147-KAW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 20 |

On July 22, 2015, the parties filed a stipulation to continue the August 4, 2015 case management conference to August 20, 2015, to be heard with the pending motion to dismiss, to enable the parties to process Plaintiff's loan modification.

To ensure that there is sufficient time to complete the loan modification review process, the case management conference and the hearing on Wells Fargo's motion to dismiss (Dkt. No. 9) are continued to September 29, 2015.

IT IS SO ORDERED.

Dated: July 27, 2015

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge