UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERESITA ROCA,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 15-cv-02147-KAW

ORDER REGARDING UNUSABLE CHAMBERS COPIES

Re: Dkt. No. 31

PLEASE TAKE NOTICE that the chambers copy of Defendant's Request for Judicial Notice was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☐ is not usable for another reason –

1  The paper used for the above-described chambers copy has been recycled by the court.
2  Defendant shall submit a chambers copy in a format that is usable by the court no later than
3  November 30, 2015.
4  IT IS SO ORDERED.
5  Dated: November 20, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge